658

*eral Fahy* for petitioner. *Mr. Francis Carr* for respondents.

No. 315. UNITED STATES EX REL. ROBINSON *v.* JOHNSTON, WARDEN. See *ante,* p. 649.

No. 1194. FISHER, RECEIVER, *v.* WHITON, EXECUTRIX, ET AL. See *post,* 707.

No. 949. McNABB ET AL. *v.* UNITED STATES. June 8, 1942. The motion for leave to proceed *in forma pauperis* is granted. The petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit is granted. The Court directs that the expense of printing the record be paid by the United States, pursuant to 28 U. S. C., § 832. *Benjamin McNabb, Freeman McNabb* and *Raymond McNabb, pro se. Solicitor General Fahy, Assistant Attorney General Berge,* and *Messrs. Oscar A. Provost* and *W. Marvin Smith* for the United States.

No. 1163. MILLER *v.* UNITED STATES. June 8, 1942. The motion for leave to proceed *in forma pauperis* is granted. The petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit is granted. The Court directs that the expense of printing the record be paid by the United States, pursuant to 28 U. S. C., § 832. *Jessie William Miller, pro se. Solicitor General Fahy, Assistant Attorney General Berge,* and *Mr. Oscar A. Provost* for the United States.